UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
TRAVIS BROUGHTON  
    Debtor(s)

Case No: 12-33265-DHW  
Chapter 13

## TRUSTEE'S AMENDED SUMMARY OF CONFIRMED CHAPTER 13 PLAN
## TO COMPLY WITH APPLICABLE COMMITMENT PERIOD

The debtor's Chapter 13 case was filed on Tuesday, December 11, 2012. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The debtor's plan as currently confirmed will pay out in less than the applicable commitment period as required by law. The debtor's plan provides that if less than 100% the plan would commit all disposable income for the applicable commitment period.

Wherefore, following is a Summary of the plan as modified to maintain the applicable commitment

1. Payments to raise the percentage to unsecured creditors to meet the applicable commitment period:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | TRAVIS BROUGHTON | TRAILER SERVICE | 226.00 | BI-WEEKLY | 01/10/2013 |

   Payable to: **Chapter 13 Trustee**  
   **P. O. Box 613108**  
   **MEMPHIS TN 38101-3108**

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $2,750.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $1.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $204.70 |
| Clerk of Court | Filing Fee | $231.00 |

### SECURED, PRIORITY AND SPECIAL CLASS CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| GREENTREE SERVICING LLC | N | $10,714.08 | 4.75 % | $360.00 |
| HOME TOWN CREDIT | N | $1,400.00 | 4.75 % | $35.00 |
| TITLE MAX OF ALABAMA | N | $1,500.00 | 4.75 % | $25.00 |

TRAVIS BROUGHTON  
1245 BEECHDALE RD  
MONTGOMERY, AL 36109

| In re | Case No: 12-33265-DHW |
|---|---|
| TRAVIS BROUGHTON | Chapter 13 |
| Debtor(s) | |

**TRUSTEE'S AMENDED SUMMARY OF CONFIRMED CHAPTER 13 PLAN**

**TO COMPLY WITH APPLICABLE COMMITMENT PERIOD**

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Monday, June 1, 2015.	/s/ *Curtis C. Reding.*
	Curtis C. Reding
	Chapter Thirteen Trustee

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Monday, June 1, 2015.

	/s/ *Curtis C. Reding*
	Curtis C. Reding
	Chapter Thirteen Trustee